IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER BLANCK,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                                  14-cv-136-jdp

CORRECTIONAL OFFICERS MEYER and
MACDONALD,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to prepay the full $350 filing fee for this case.

/s/                                                                1/12/2015

Peter Oppeneer, Clerk of Court                       Date